# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JORDAN CYPRIAN

NO. 2020 KW 0643

JULY 23, 2020

---

In Re:     Jordan Cyprian, applying for supervisory writ, 21st
           Judicial District Court, Parish of Tangipahoa, No.
           1603119.

---

BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

   WRIT DENIED.

                        TMH
                        AHP
                        WIL


COURT OF APPEAL, FIRST CIRCUIT

_____
       DEPUTY CLERK OF COURT
          FOR THE COURT